IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANTHONY BALDUCCI,

     Plaintiff,

v.                                         CASE NO. 1:04-cv-00091-MP-AK

STATE OF FLORIDA,

     Defendant.

_____/

**O R D E R**

     This matter is before the Court on Doc. 9, Second Report and Recommendation of Magistrate Judge Kornblum, recommending that Plaintiff's procedural due process claims be dismissed and this cause be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).  The Magistrate Judge filed the Report and Recommendation on Monday, March 28, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  Having considered the Report and Recommendation and the lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

     Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's procedural due process claims are DISMISSED and this cause is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).   .

**DONE AND ORDERED** this  *17th*   day of May, 2005.

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge